IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD C. WILLIAMS : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | Case No. 09-4823 |
| : | |
| THE DIRECTV GROUP, INC., AND : | |
| FOCUS RECEIVABLES MANAGEMENT, LLC, : | |
| : | |
| Defendants. : | |

NOTICE OF DISMISSAL

In accordance with Pennsylvania Rule of Federal Court 41(a)(1)(i) and pursuant to a settlement agreement reach between Plaintiff and Defendant The DIRECTV Group, Inc., Plaintiff hereby dismisses Defendant The DIRECTV Group, Inc. from the above-captioned case, with prejudice.

DOV SACKS, ESQ.

By: /Dov Sacks
    Dov Sacks, Esq.
    Attorney ID # 206474
    3638 N. Broad Street
    Philadelphia, PA 19140
    Tel.   (215) 227-2400, ext. 2427
    Fax.   (215) 227-6486
    cdsacks@CLSphila.org
    Attorney for Plaintiff