IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD C. WILLIAMS | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : Case No. 09-4823 |
| THE DIRECTV GROUP, INC., AND FOCUS RECEIVABLES MANAGEMENT, LLC, | : |
| Defendants. | : |

## NOTICE OF DISMISSAL

In accordance with Pennsylvania Rule of Federal Court 41(a)(1)(i) and pursuant to a settlement agreement reach between Plaintiff and Defendant The DIRECTV Group, Inc., Plaintiff hereby dismisses Defendant The DIRECTV Group, Inc. from the above-captioned case, with prejudice.

DOV SACKS, ESQ.

By: /Dov Sacks
Dov Sacks, Esq.
Attorney ID # 206474
3638 N. Broad Street
Philadelphia, PA 19140
Tel.   (215) 227-2400, ext. 2427
Fax.   (215) 227-6486
cdsacks@CLSphila.org
Attorney for Plaintiff

So ordered, 1/14/10

John P. Fullam, Sr. J.