UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAROLD C. WILLIAMS, | : | |
| | : | |
| PLAINTIFF, | : | |
| v. | : | |
| | : | |
| THE DIRECTV GROUP INC., and | : | CASE NO.:  09-4823 |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | : | |
| | : | |
| DEFENDANTS. | : | |

## ORDER

**AND NOW,** this _____ day of _____, 2010, upon consideration of Plaintiff's Motion for Dismissal, it is hereby:

**ORDERED** that Plaintiff's motion is granted.  The above-captioned matter is hereby dismissed with prejudice.

BY THE COURT

The Honorable John P. Fullam
District Court Judge