UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD C. WILLIAMS, | : |
| | : |
| PLAINTIFF, | : |
| v. | : |
| | : |
| THE DIRECTV GROUP INC., and | :   CASE NO.:  09-4823 |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | : |
| | : |
| DEFENDANTS. | : |

## PLAINTIFF'S MOTION FOR DISMISSAL

Plaintiff Harold C. Williams hereby moves for an Order dismissing the above-captioned matter with prejudice, as Plaintiff has reached a settlement with Defendant Focus Receivables Management, LLC and as Plaintiff earlier voluntarily dismissed Defendant The DIRECTV GROUP, INC.


Dated:  February 22, 2010          /Dov Sacks_____
                                   DOV SACKS
                                   Supreme Court ID: 206474
                                   Validation of Signature Code: CDS8309
                                   Community Legal Services, Inc.
                                   3638 North Broad Street
                                   Philadelphia, PA 19140
                                   215-227-2400, ext. 2427

                                   Attorney for the Plaintiff