UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD C. WILLIAMS, | : |
| PLAINTIFF, | : |
| v. | : |
| THE DIRECTV GROUP INC., and FOCUS RECEIVABLES MANAGEMENT, LLC, | : CASE NO.: 09-4823 |
| DEFENDANTS. | : |

FILED
FEB 2   2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this 24th day of February, 2010, upon consideration of Plaintiff's Motion for Dismissal, it is hereby:

**ORDERED** that Plaintiff's motion is granted. The above-captioned matter is hereby dismissed with prejudice.

BY THE COURT

_/s/ John P. Fullam_
The Honorable John P. Fullam
District Court Judge